```
1007994-Court-A-U.S.                    IN RE
LESLIE LOCKE CRAFT                      PRICE DANIEL CRADDOCK
ATTORNEY AT LAW                         PO BOX 6462
3202 B SUNSET AVENUE SUITE B
ROCKY MOUNT, NC 27804                   ROCKY MOUNT, NC 27801
                                        SSN or Tax I.D.   XXX-XX-3304

Chapter 13
Case Number:  10-07994-8-RDD
```

                                                          U.S. BANKRUPTCY COURT
                                                          1760-A PARKWOOD BLVD
                                                          WILSON, NC 27893

## NOTICE OF AMENDED MOTION FOR CONFIRMATION OF PLAN

ROBERT R. BROWNING, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 02/28/2011, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                U.S. Bankruptcy Court
                Eastern District of North Carolina
                1760-A Parkwood Blvd
                Wilson, NC  27893
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                    Attorney:                        Trustee:
PRICE DANIEL CRADDOCK         LESLIE LOCKE CRAFT               ROBERT R. BROWNING
PO BOX 6462                   ATTORNEY AT LAW                  P.O. BOX  8248
ROCKY MOUNT, NC 27801         3202 B SUNSET AVENUE SUITE B     GREENVILLE, NC 27835
                              ROCKY MOUNT, NC 27804
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  January 27, 2011            ROBERT R. BROWNING
                                   Chapter 13 Trustee
                                   P.O. BOX  8248
                                   GREENVILLE, NC 27835
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                        CASE NUMBER:  10-07994-8-RDD

**PRICE DANIEL CRADDOCK**

CHAPTER 13

DEBTOR(S)

1ST AMENDED

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on October 28, 2010, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $736.00 | for | 60 | Months |
   | | for | | Months |
   | | for | | Months |
   | | for | | Months |

   **THE ANALYSIS OF THIS PLAN INDICATES THE GENERAL UNSECURED CREDITORS WILL RECEIVE A DIVIDEND. IF FUNDS ARE AVAILABLE TO THE UNSECURED CLASS THE EXACT AMOUNT TO BE PAID EACH CLAIM CANNOT BE CALCULATED AT THIS TIME;**

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before January 26, 2011 ("Bar Date") shall be disallowed. Claims of governmental

units, proofs of which are not filed before March 30, 2011 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

   b. Continuing Long Term Debts to be paid by the Trustee:

The trustee will disburse regular ongoing monthly payments effective with the month indicated below with the Debtor to resume direct payments upon completion of plan payments. Arrearage through the month indicated will be paid in full over the term of the plan without interest as funds are available unless otherwise indicated. To receive disbursements, a creditor must file a proof of claim documenting a non-preferential perfected lien against the property. The Trustee will disburse the regular monthly payment indicated below unless an allowed filed claim indicates a different payment.

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

   c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

   d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| (05) GE MONEY BANK | 08 YAMAHA JET SKI | $4,000.00 SECURED $1,370.00 UNSECURED | 5.25% PRO-RATA WITHIN LIFE OF THE PLAN—**NO CLAIM FILED** |
| (11) WACHOVIA DEALER SERVICES | 07 FORD F150 | $22,995.97 SECURED | 5.25% PRO-RATA WITHIN LIFE OF THE PLAN |
| (12) WELLS FARGO FINANCIAL NC INC | HOUSEHOLD GOODS | $1,308.00 SECURED $154.66 UNSECURED | 5.25% PRO-RATA WITHIN LIFE OF THE PLAN |

   e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

> Provided sufficient funds are available, and a proof of claim has been filed and allowed, the secured creditors listed above can expect to receive a minimum monthly payment equal to 1% of the value of their collateral.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with that November 5, 2009 Administrative Order Establishing Procedures Governing Post-Petition Conduit Mortgage Payments.

   > Administrative Arrearage Claim Treatment Under Conduit Order. If the mortgage creditor on a mortgage subject to the "Administrative Order Establishing Procedures Governing Post-Petition Conduit Mortgage Payments Effective January 1, 2010" (hereinafter "Conduit Order") files a Proof of Claim for post petition arrearages that includes the two month "Administrative Arrearage" as defined in the Conduit Order, the Trustee has used that two month portion of the claimed amount as the Administrative Arrearage. In that event, Trustee has established that two month Administrative Arrearage claim as a separate claim and reduced the amount stated in the mortgage creditors proof of claim accordingly.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

   (900) GMAC MORTGAGE CORPORATION—1ST MORTGAGE—SURRENDERED, LIMIT 0 UNLESS DEFICIENCY FILED

   (920) HSBC BANK—2ND MORTGAGE—SURRENDERED, LIMIT 0 UNLESS DEFICIENCY FILED

   Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 8 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
| --- | --- | --- |
| (09&10) TRADEMARK PROPERTIES | RESIDENTIAL LEASE | ASSUME-DIRECT |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,000.00 . The Trustee recommends to the Court a fee of $3,000.00 . If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. The Debtor's obligation to maintain Diane W. Craddock as beneficiary of a life insurance policy for the lesser of the entire death benefit or an amount sufficient to cover the outstanding alimony obligation owed by the Debtor at any time is a domestic support obligation and shall be treated as non-dischargeable in this Plan.

        s/ Robert R. Browning
        Robert R. Browning
        Standing Chapter 13 Trustee

**EXHIBIT 'A'**                              **CASE NUMBER:  10-07994-8-RDD**
**DEBTORS:   PRICE DANIEL CRADDOCK**

**EMPLOYMENT:**
Debtor:     MBM & PART TIME               GROSS INCOME:     $95,439.96
Spouse:
**Prior Bankruptcy cases:**     Yes ☐     No ☒     If so, Chapter ____ filed ____
Disposition:
**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:    RESIDENCE - SURRENDER
FMV           $161,000.00              Date Purchased
Liens         $193,500.00              Purchase Price
Exemptions                             Improvements
Equity        $ 0.00                   Insured For
Rent                                   Tax Value

**COMMENTS**:

**Attorney Fees**:  Requested:   $3,000.00   (excluding filing fee)
                    Paid:        $1,400.00   (excluding filing fee)
                    Balance:     $1,600.00

**Trustee's Recommendation:**     $3,000.00
Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $86,727.80 | Pay in | $44,160.00 | Priority | 100.00% |
| Priority | $1,600.00 | Less 8.00% | $3,532.80 | Secured | 100.00% |
| Secured | $33,889.80 | Subtotal | $40,627.20 | Unsecured | 10.03% |
| Unsecured | $51,238.00 | Req. Atty. Fee | Incl. w/ claims | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $40,627.20 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

                                **Annual Review:**       Yes  ☐     No  ☐
                                **Payroll Deduction:**   Yes  ☐     No  ☒
Objection to Confirmation:      Yes  ☐     No  ☐

   Pending:    SEE COURT DOCKET
   Resolved:   SEE COURT DOCKET

Motions Filed:     Yes ☐     No ☐

   If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| CASE: 1007994 | | TRUSTEE: 23 | COURT: 278 | Page 1 of 2 |
|---|---|---|---|---|
| TASK: 01-26-2011.00547700.LSA001 | | | DATED: 01/27/2011 | |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Trustee | | ROBERT R. BROWNING | P.O. BOX 8248 GREENVILLE, NC 27835 | |
| Debtor | | PRICE DANIEL CRADDOCK | PO BOX 6462 ROCKY MOUNT, NC 27801 | |
| 799 | 000002 | LESLIE LOCKE CRAFT 3202 B SUNSET AVENUE SUITE B | ATTORNEY AT LAW ROCKY MOUNT, NC 27804 | |
| 008 | 000014 *CM | RBC BANK | PO BOX 869 BUFFALO, NY 14240-0869 | |
| 015 | 000019 | GMAC MORTGAGE PO BOX 8300 | 1100 VIRGINIA DR. FORT WASHINGTON, PA 19034 | |
| 001 | 000009 | FIA CARD SERVICES 1000 SAMOSET DR DE5-023-03-03 | BANK OF AMERICA NA NEWARK, DE 19713 | |
| 920 | 000005 | HSBC MORTGAGE SERVICES | PO BOX 10490 VIRGINIA BEACH, VA 23450 | |
| 018 | 000023 | PRA RECEIVABLES MANAGEMENT LLC PO BOX 12914 | AS AGENT OF PORTFOLIO RECOVERY NORFOLK, VA 23541 | |
| 019 | 000024 | PRA RECEIVABLES MANAGEMENT LLC PO BOX 41067 | AGENT OF PORTFOLIO RECOVERY ASSOCS NORFOLK, VA 23541 | |
| 020 | 000025 | PRA RECEIVABLES MANAGEMENT LLC PO BOX 12914 | AS AGENT OF PORTFOLIO RECOVERY NORFOLK, VA 23541 | |
| 009 | 000015 | TRADEMARK PROPERTIES | 1001 WADE AVE, STE 15 RALEIGH, NC 27605 | |
| 010 | 000016 | TRADEMARK PROPERTIES | 1001 WADE AVE, STE 15 RALEIGH, NC 27605 | |
| 013 | 000017 | NC CHILD SUPPORT PO BOX 900006 | CENTRALIZED COLLECTIONS RALEIGH, NC 27675-0557 | |
| 003 | 000008 | DIANE CRADDOCK | 1816 SPARROW HAWK ROCKY MOUNT, NC 27804 | |
| 016 | 000021 | MICHAEL B SOSNA 3210 ZEBULON ROAD | SOSNA LAW OFFICES ROCKY MOUNT, NC 27804 | |
| 004 | 000011 *CM | ENERBANK USA PO BOX 2270 | C/O WILLIAM L ELLISON JR DAVIDSON, NC 28036 | |
| 014 | 000018 | MATTHEW T MCKEE 2550 WEST TYVOLA ROAD SUITE 520 | ROGERS TOWNSEND & THOMAS PC CHARLOTTE, NC 28217 | |
| 005 | 000003 *CM | GE MONEY BANK | PO BOX 103104 ROSWELL, GA 30076 | |
| 021 | 000026 *CM | GE MONEY BANK 25 SE 2ND AVENUE SUITE 1120 | C/O RECOVERY MANAGEMENT SYSTEMS MIAMI, FL 33131-1605 | |
| 012 | 000007 | WELLS FARGO FINANCIAL NC INC | 4137 121ST STREET URBANDALE, IA 50323 | |
| 012 | 000020 | WELLS FARGO FINANCIAL NC INC | 4137 121ST STREET URBANDALE, IA 50323 | |
| 006 | 000012 | HOME DEPOT CREDIT SERVICES | PO BOX 689100 DES MOINES, IA 50368 | |
| 900 | 000004 | GMAC MORTGAGE CORPORATION | 3451 HAMMOND AVENUE WATERLOO, IA 50702 | |
| 007 | 000013 *CM | HSBC BANK | PO BOX 5253 CAROL STREAM, IL 60196-2530 | |

CASE: 1007994  TRUSTEE: 23  COURT: 278  Page 2 of 2
TASK: 01-26-2011.00547700.LSA001  DATED: 01/27/2011

| | | | |
|---|---|---|---|
| 002 | 000010 | AMERICAN INFOSOURCE LP<br>PO BOX 248897 | MIDLAND FUNDING LLC<br>OKLAHOMA CITY, OK 73124-8897 |
| 017 | 000022 | WELLS FARGO DEALER SERVICES | PO BOX 19657<br>IRVINE, CA 92623-9657 |
| 011 | 000006 | WELLS FARGO DEALER SERVICES | PO BOX 25341<br>SANTA ANA, CA 92799-5341 |

28 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 01/27/2011.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   01/27/2011   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail